# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

————————

No. 11-2657

————————

| | | |
|---|---|---|
| Violet Goodwin, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Nebraska. |
| | * | |
| Creighton University, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

————————

Submitted: December 15, 2011
Filed: December 20, 2011

————————

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

————————

PER CURIAM.

Violet Goodwin appeals the district court's[1] adverse grant of summary judgment in her Title VI discrimination action, in which she alleged that the defendant University had discriminated against her in its law school admissions process. Upon careful de novo review, this court concludes the judgment of the district court was correct for the reasons stated in the district court's order. *See Tusing v. Des Moines Indep. Cmty. Sch. Dist.*, 639 F.3d 507, 514 (8th Cir. 2011) (standard of review). *See* 8th Cir. R. 47B.

————————

[1] The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.